2005–0201.   Gass v. Massachusetts Mut. Life Ins. Co.
Summit App. No. 21956. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

2006–0862.   State ex rel. Richard v. Anderson.
Lorain App. No. 06CA008887. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

2006–0911.   Abbott v. Young.
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.